A93A2550. BLACK et al. v. FAYETTE COUNTY.
(462 SE2d 183)

POPE, Presiding Judge.

This Court having entered a judgment in this case at 212 Ga. App. 626 (442 SE2d 802) (1994) affirming the judgment of the trial court, and the judgment of this Court having been reversed on certiorari by the Supreme Court at 265 Ga. 175 (453 SE2d 692) (1995), judgment heretofore rendered by this Court is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Birdsong, P. J., and Andrews, J., concur.*

DECIDED SEPTEMBER 15, 1995.

*H. Edward Marks, Jr.,* for appellants.

*McNally, Fox & Cameron, Alison A. Bridges, Philip P. Grant,* for appellee.